# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128236

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

CHARLES WESLEY HEISER,
　　　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128236
COA: 258833
Tuscola CC: 02-008551-FC

　　　　On order of the Court, the application for leave to appeal the February 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I,　Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

d1006